UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>TANNER LAWSON,<br><br>                         Defendant. | Case No. 19cr1722-JAH<br><br>**AMENDED ORDER OF CRIMINAL FORFEITURE** |

On September 18, 2019, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of TANNER LAWSON ("Defendant") in the following properties:

    1.      One modified starter/flare gun designed to shoot a 410 shotgun shell; and

    2.      One Round of Fiocchi Ammunition, CAL:410.

For thirty (30) consecutive days ending on October 25, 2019, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty

(30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of TANNER LAWSON and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

1. One modified starter/flare gun designed to shoot a 410 shotgun shell; and
2. One Round of Fiocchi Ammunition, CAL:410.

IT IS FURTHER ORDERED that U.S. Alcohol, Tobacco, Firearms and Explosives shall dispose of the forfeited properties according to law.

**IT IS SO ORDERED.**

DATED: January 30, 2020

_____
JOHN A. HOUSTON
United States District Judge